```
         __ FILED      __ ENTERED
         __ LODGED     __ RECEIVED

         MAY 14 2008
              AT SEATTLE
         CLERK U.S. DISTRICT COURT
      WESTERN DISTRICT OF WASHINGTON
      BY                        DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| JAIME ALVAREZ ORNELAS, | ) | CASE NO. C07-1865-JLR |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER OF DISMISSAL |
| | ) | |
| MICHAEL B. MUKASEY, | ) | |
| Attorney General of the United States, et al., | ) | |
| | ) | |
| Respondents. | ) | |

The Court, having reviewed petitioner's 28 U.S.C. § 2241 petition, all papers and exhibits in support and in opposition to that petition, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's Petition for Writ of Habeas Corpus, Dkt. 6, is DENIED, Respondents' Motion to Dismiss, Dkt. 14, is GRANTED, and this action is DISMISSED with prejudice; and

///

ORDER OF DISMISSAL
PAGE -1

07-CV-01865-ORD

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Theiler.

DATED this 14th day of May, 2008.

_____
JAMES L. ROBART
United States District Judge