___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

MAY 14 2009

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAIME ALVAREZ ORNELAS,<br><br>Petitioner,<br><br>v.<br><br>A. NEIL CLARK, Field Office Director, U.S. Immigration and Customs Enforcement,<br><br>Respondent. | Case No. C07-1865-JLR<br><br>ORDER OF DISMISSAL |

The Court, having reviewed petitioner's 28 U.S.C. § 2241 petition, all papers and exhibits in support and in opposition to that petition, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's Petition for Writ of Habeas Corpus, Dkt. 6, is DISMISSED as moot, Respondent's motion to dismiss, Dkt. 34, is GRANTED, and;

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Theiler.

DATED this 14th day of May, 2009.

JAMES L. ROBART
United States District Judge

07-CV-01865-ORD

ORDER OF DISMISSAL